1056

No. 93–8075. STILLWELL v. IDAHO. Ct. App. Idaho. Certiorari denied. 

No. 93–8079. HANZY v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93–8083. NARD v. REED, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 93–8085. MABERY v. MANN, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–8091. BAKER v. LOPATIN, MILLER, FREEDMAN, BLUESTONE, ERLICH, ROSEN & BARTNICK, ATTORNEYS AT LAW, P. C. C. A. 6th Cir. Certiorari denied. 

No. 93–8092. BAXTER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8097. DICK v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–8104. WASHINGTON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8107. SHACKFORD v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 93–8108. YARRELL v. NUNNELEE ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93–8116. CASTILLO v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–8117. TENNER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 93–8121. GHEITH v. FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 93–8125. MURILLO v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.